Case 2:23-cv-02358-SHL-cgc   Document 7   Filed 06/14/23   Page 1 of 2   PageID 52
Case 2:23-cv-02358-SHL-cgc   Document 11   Filed 06/15/23   Page 1 of 3   PageID 89

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| TIKEILA RUCKER, RACHAEL SPRIGGS, DAMON CURRY-MORRIS, AMBER SHERMAN, and LAJUANA ABRAHAM, <br><br> *Plaintiff(s)* <br> v. <br> SHELBY COUNTY BOARD OF EDUCATION, and CAROLYN JACKSON, in her official capacity as Chief of Safety and Security for the SHELBY COUNTY BOARD OF EDUCATION, <br><br> *Defendant(s)* | Civil Action No.  2:23-cv-02358-SHL-cgc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shelby County Board of Education
c/o Althea Greene
160 S. Hollywood Street
Memphis, TN 38112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin A. Gastel (BPR #28699)
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
223 Rosa L. Parks Ave, Ste 300
Nashville, TN 37203
Ph: 615-800-6225
Email: ben@hsglawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/13/2023                                      s/ Anthony Johnson
                                                        *Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shelby County Board of education c/o Althea Greene
was received by me on *(date)* 6-14-23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marie Nerzst, Board office manager, who is designated by law to accept service of process on behalf of *(name of organization)* As Agent for Service of Process Shelby County Board of Education on *(date)* 6-14-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6-14-23

_____
Server's signature

W. Barry Britton
Printed name and title

MOONLIGHTERS
ENTERPRISES, INC.
44 N. SECOND ST #503
MEMPHIS, TN 38103
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>2:23-CV-02358-SHL-CGC | Court:<br>United State District Court for the Western District of Tennessee | County:<br>, TN | Job:<br>9026405 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>TIKEILA RUCKER, RACHAEL SPRIGGS, DAMON CURRY MORRIS, AMBER SHERMAN, AND LAJUANA ABRAHAM | | **Defendant / Respondent:**<br>SHELBY COUNTY BOARD OF EDUCATION, AND CAROLYN JACKSON, IN HER OFFICIAL CAPACITY AS CHIEF OF SAFETY AND SECURITY FOR THE SHELBY COUNTY BOARD OF EDUCATION | |
| **Received by:**<br>Moonlighters Enterprises | | **For:**<br>HERZFELD SUETHOLZ GASTEL LENISKI AND WALL PLLC | |
| **To be served upon:**<br>SHELBY COUNTY BOARD OF EDUCATION C/O ALTHEA GREENE | | | |

I, BARRY BRITTON , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SHELBY COUNTY BOARD OF EDUCATION C/O ALTHEA GREENE , 160 S HOLLYWOOD ST , MEMPHIS, TN 38112
**Manner of Service:** Substitute Service - Business, Jun 14, 2023, 12:13 pm CDT
**Documents:** SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT

**Additional Comments:**
1) Successful Attempt: Jun 14, 2023, 12:13 pm CDT at 160 S HOLLYWOOD ST , MEMPHIS, TN 38112 received by SHELBY COUNTY BOARD OF EDUCATION C/O ALTHEA GREENE . Age: 42; Ethnicity: Caucasian; Gender: Female; Weight: 131; Height: 5'11"; Hair: Brown; Eyes: Brown; Served Marie Nerzst, Board Office Manager, as Agent for service of Process

_____   6/15/23
BARRY BRITTON                    Date

Moonlighters Enterprises
44 N Second Street Suite 503
Memphis, TN 38103
901-508-7017

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/15/23
Date                 Commission Expires  11/26/23

