AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee  ▾

|  |  |
|---|---|
| Tikeila Rucker, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Shelby County Board of Education, et al. | ) |
| *Defendant* | ) |

Case No.   2:23-cv-2358

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

   I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Shelby County Board of Education, and Carolyn Jackson                                    .

Date:      06/29/2023

/s/ Robert L.J. Spence, Jr.
*Attorney's signature*

Robert L.J. Spence, Jr. (BPR #12256)
*Printed name and bar number*
SPENCE PARTNERS
65 Union Avenue, Suite 900
Memphis, TN 38103

*Address*

rspence@spencepartnerslaw.com
*E-mail address*

(910) 312-9160
*Telephone number*

(901) 521-9550
*FAX number*