✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

Tikeila Rucker, et al

V.

Shelby County Board of Education, et al

## EXHIBIT AND WITNESS LIST

Case Number:   23-cv-2358

| PRESIDING JUDGE **SHERYL H. LIPMAN** | PLAINTIFF'S ATTORNEY(S) Alyson Beridon, Benjamin Gastel, Scott Kramer | DEFENDANT'S ATTORNEY(S) Robert Spence, Jr., Andrew Horvath, Jarrett Spence |
|---|---|---|
| PROCEEDING/DATE: 7/13/2023-Preliminary Injunction Hearing | COURT REPORTER C. Covey | COURTROOM DEPUTY M. Mullen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 7/13/2023 | | | Tikeila Rucker - Political Organizing Director |
| 1 | | 7/13/2023 | √ | √ | Video on thumb drive |
| | 2 | 7/13/2023 | √ | √ | Letter dated 5/30/2023 from Memphis-Shelby County Schools to Tikeila Rucker |
| | 3 | 7/13/2023 | √ | √ | Letter dated 5/31/2023 from Memphis-Shelby County Schools to Tikeila Rucker |
| X | | 7/13/2023 | | | Damon Curry-Morris |
| | 4 | 7/13/2023 | √ | √ | Letter dated 5/30/2023 from Memphis-Shelby County Schools to Damon Curry-Morris |
| | 5 | 7/13/2023 | √ | √ | Letter dated 5/31/2023 from Memphis-Shelby County Schools to Damon Curry-Morris |
| X | | 7/13/2023 | | | Carolyn Jackson - Chief of Safety and Security for Memphis-Shelby County Schools |
| | 6 | 7/13/2023 | √ | √ | Video on thumb drive |
| | 7 | 7/13/2023 | √ | √ | Letter dated 5/30/2023 from Memphis-Shelby County Schools to Rachel Spriggs |
| | 8 | 7/13/2023 | √ | √ | Letter dated 5/31/2023 from Memphis-Shelby County Schools to Rachel Spriggs |
| | 9 | 7/13/2023 | √ | √ | Letter dated 5/30/2023 from Memphis-Shelby County Schools to Amber Sherman |
| | 10 | 7/13/2023 | √ | √ | Letter dated 5/31/2023 from Memphis-Shelby County Schools to Amber Sherman |
| | 11 | 7/13/2023 | √ | √ | Letter dated 5/30/2023 from Memphis-Shelby County Schools to Lajuana Abraham |
| | 12 | 7/13/2023 | √ | √ | Letter dated 5/31/2023 from Memphis-Shelby County Schools to Lajuana Abraham |
| | | | | | -----Plaintiff and Defense Rest----- |
| | | | | | |
| | | | | | s/M. Mullen, Case Manager |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.