*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                                                                          *Deputy-in-Charge*
*242 Federal Building*                                                                                      *U.S. Courthouse, Room 262*
*167 N. Main Street*                                                                                      *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                                                                *Jackson, Tennessee 38301*
*(901) 495-1200*                                                                                                    *(731) 421-9200*

---

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

October 23, 2024

RE:   **2:23-cv-2358-SHL**
      **Tikeila Rucker, et al v Shelby County Board of Education, et al**

Dear Sir/Madam:

A **STATUS CONFERENCE** has been SET before **Chief Judge Sheryl H. Lipman** for **THURSDAY, OCTOBER 24, 2024 at 3:00 P.M.**

The conference will be held **via Microsoft Teams Video**.  A link to the video conference will be emailed to the attorneys prior to the setting.

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                                          Sincerely,
                                          WENDY R. OLIVER, CLERK
                                  BY:   *s/Melanie Mullen*,
                                          Case Manager for Chief Judge Sheryl H. Lipman
                                          901-495-1255
                                          melanie_mullen@tnwd.uscourts.gov