IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**TIKEILA RUCKER,**
**RACHAEL SPRIGGS,**
**DAMON CURRY-MORRIS,**
**AMBER SHERMAN, and**
**LAJUANA ABRAHAM,**

    **Plaintiffs,**

vs.                                         Case No. 2:23-cv-2358-SHL-cgc

**SHELBY COUNTY BOARD OF EDUCATION,**

    **Defendant.**

---

## NOTICE OF SETTLEMENT
---

Pursuant to Federal Rules of Civil Procedure and Local Rules, upon stipulation of the parties, through their respective attorneys, they hereby notify the Court that all claims filed by the Plaintiffs have been resolved. The parties will submit a Stipulation of Dismissal with Prejudice within the prescribed time period.

Respectfully submitted,

**SPENCE PARTNERS**

By:  /s/ Robert L.J. Spence, Jr.
      Robert L. J. Spence, Jr. (BPR #12256)
      Jarrett M.D. Spence (BPR #034577)
      Cotton Exchange Building:
      65 Union Avenue, Suite 900
      Memphis, Tennessee 38103
      Office: 901.312.9160
      Facsimile: 901.521.9550

rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com

*Attorneys for Defendant Shelby County Board of Education*

By: s/ *Benjamin A. Gastel*
Benjamin A. Gastel (BPR #28699)
**Herzfeld, Suetholz, Gastel, Leniski**
 **& Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Ph: (615) 800-6225
Fax: (615) 994-8625
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
**Herzfeld, Suetholz, Gastel, Leniski**
**& Wall, PLLC**
600 Vine St., Ste 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

Scott A. Kramer (BPR #19462)
**The Kramer Law Center**
P.O. Box 240461
Memphis, TN 38124
Ph: (901) 896-8933
thekramerlawcenter@gmail.com

*Attorneys for Plaintiffs*