IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNSSEE
WESTERN DIVISION

**TIKEILA RUCKER,**
**RACHAEL SPRIGGS,**
**DAMON CURRY-MORRIS,**
**AMBER SHERMAN, and**
**LAJUANA ABRAHAM,**

    Plaintiffs,

vs.                                                                                          Case No. 2:23-cv-2358-SHL-cgc

**SHELBY COUNTY BOARD OF EDUCATION,**

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE 41(a)(1)(A)(ii)**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby file this Stipulation of Dismissal with Prejudice.

**APPROVED FOR ENTRY:**

**SPENCE PARTNERS**

By:/s/ Robert L.J. Spence, Jr.
Robert L. J. Spence, Jr. (BPR #12256)
Jarrett M.D. Spence (BPR #034577)
Cotton Exchange Building:
65 Union Avenue, Suite 900
Memphis, Tennessee 38103
Office: 901.312.9160
Facsimile: 901.521.9550
rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com
*Attorneys for Defendant Shelby County Board of Education*

By: s/ *Benjamin A. Gastel*
Benjamin A. Gastel (BPR #28699)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Ph: (615) 800-6225
Fax: (615) 994-862
ben@hsglawgroup.com

Alyson S. Beridon (BPR #40040)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Ste 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

Scott A. Kramer (BPR #19462)
**The Kramer Law Center**
P.O. Box 240461
Memphis, TN 38124
Ph: (901) 896-8933
thekramerlawcenter@gmail.com
*Attorneys for Plaintiffs*